UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IOAN GHILDUTA

                Plaintiff,

-against-                                                                04 CV 7494

THE TRUMP CORPORATION and MICHAEL P.         ECF Case
FISHMAN, as President of LOCAL 32B-32J,             Judge Jones
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

                Defendants.
------------------------------------------------------------------X

## Certificate of Service

On September 22, I served a true copy of Notice of Removal of a Civil Action by depositing a true copy thereof in an official depository under the exclusive care and custody of United Parcel Service within New York State, addressed to the following person at the address set forth below:

Blau & Barrows                                           Lawrence S. Rosen, Esq.
300 Park Avenue, Suite 1700                      Rosen Weinhaus LLP
New York, NY  10022                                 The Trump Building
                                                                           40 Wall Street, 32nd Floor
                                                                           New York, NY 10005

                                                                           *Rhonda Greenberg* (signature)
                                                                           Rhonda Greenberg
                                                                          Legal Secretary
                                                                          SEIU Local 32BJ
                                                                          101 Avenue of Americas - 19th Floor
                                                                           New York, New York 10013
                                                                           Telephone No. (212) 539-2941
                                                                           Attorneys for Defendant
                                                                           Michael P. Fishman, as President of Locl
                                                                             32B-32J

G:\KLocke\Actions\Ghilduta DFR\cert. of serv. 9-20-04.doc