**32BJ SEIU**
**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
AFL-CIO, CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters**
101 Avenue of the Americas
New York, NY 10013-1906
212.388.3800

Office of the General Counsel
**SEIU Local 32BJ**
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062

Writer's Direct Dial: 212-539-2941

September 24, 2004

**Via Fax (212-805-6191)**
Hon. Barbara S. Jones
United States District Court
Southern District of New York
40 Centre Street, Room 2103
New York, New York 10007-1581

Re: <u>Ghilduta v. Trump Tower et al.</u>, 04-CV-7494 (BSJ)

Dear Judge Jones:

This office represents Michael P. Fishman, as President of Local 32B-32J, Service Employees International Union, AFL-CIO ("Local 32BJ" or "Union"), one of the defendants in the above action.

Local 32BJ writes to respectfully request a 30-day extension of time within which defendants must answer or otherwise respond to plaintiff's complaint.

Plaintiff filed this hybrid Section 301/Duty of Fair Representation action in state court, alleging that his employer, the Trump Corporation, violated the collective bargaining agreement by firing him, and that his union, Local 32BJ, breached its duty of fair representation by inadequately representing him in his discharge arbitration. The arbitrator's award has not yet issued.

Defendants removed the action to this Court on September 21, 2004. Defendants must answer or otherwise respond by September 28. No previous extensions have been requested. Plaintiff consents to defendants' request for the extension.

Thank you for your consideration.

Sincerely,

Katchen Locke

Katchen Locke, Esq. (KL 3724)
Associate General Counsel

cc via fax: Michael Barrows, Esq.
Attorney for Plaintiff

Lawrence Rosen, Esq.
Attorney for Defendant Trump Corp.

*Application is granted*
*So ordered*
*Barbara S. J.*
*USDJ*
*9/24/04*