UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IOAN GHILDUTA

                     Plaintiff,

-against-                                          04 CV 7494 (BSJ) (GWG)

THE TRUMP CORPORATION and MICHAEL P.        ECF Case
FISHMAN, as President of LOCAL 32B-32J,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

                     Defendants.
------------------------------------------------------------------X

## Certificate of Service

On February 25, 2005, I served a true copy of Local 32BJ's First Request for Production of Documents by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the address set forth below:

| | |
|---|---|
| Howard Blau<br>Blau & Barrows<br>300 Park Avenue, Suite 1700<br>New York, NY 10022 | Barry M. Weiss<br>Rosen Weinhaus LLP<br>40 Wall Street<br>New York, NY 10005 |

                                                                      */s/ Aracelis Amadeo*
                                                                      Aracelis Amadeo
                                                                      Legal Secretary
                                                                      SEIU Local 32BJ
                                                                      101 Avenue of Americas - 19th Floor
                                                                      New York, New York 10013