This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IOAN GHILDUTA

                                        Plaintiff,

    –against–

TRUMP CORPORATION and MICHAEL P.
FISHMAN, as President of LOCAL 32B-32J,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

                                        Defendants.
---------------------------------------------------------X

04 CV 7494 (BSJ)(GWG)

ECF Case

<u>AFFIRMATION OF SERVICE</u>

Michael C. Barrows, an attorney licensed to practice law in the State of New York, states, under the penalty of perjury, that I maintain my offices for the practice of law at 300 Park Avenue, Suite 1700, New York, NY 10022. On March 10, 2005, I served the within Amended Complaint in the above captioned matter by facsimile to:

  Katchen Ann Locke, Esq.
   Attorney for Defendant, SEIU, Local 32B-32J
  VIA FACSIMILE - (212) 388-2062

On March 10, 2005, I served the within Amended Complaint in the above captioned matter by e-mail to:

  Lawrence S. Rosen
   Attorney for defendant, The Trump Organization
  [Lrosen@LRJWLAW.com](mailto:Lrosen@LRJWLAW.com)

Both attorneys have agreed to admit service in the manner prescribed above.

                                                          _____/s/_____
                                                           Michael C. Barrows