UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IOAN GHILDUTA

                  Plaintiff,

       -against-

THE TRUMP CORPORATION and
MICHAEL P. FISHMAN, as President of Local
32B-32J, SERVICE EMPLOYEES
INTERNATIONAL UNION, AFL-CIO,

                 Defendants.
-----------------------------------------------------------X

**ANSWER TO**
**AMENDED COMPLAINT**

**CIV. No.  04-7494**
**(BSJ)**

Defendant, THE TRUMP CORPORATION ("Trump"), by its attorneys Rosen Weinhaus

LLP, answers the Amended Complaint of IOAN GHILDUTA, as follows:

    1.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "1".

    2.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "2.

    3.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "3".

    4.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "4".

    5.     Admits the allegations set forth in Paragraph "5".

    6.     Denies knowledge or information sufficient to form a belief as to the truth of the

allegations set forth in Paragraph "6".

7.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "7".

8.    Admits the allegations set forth in Paragraph "8".

9.    Denies the allegations set forth in Paragraph "9".

10.    Denies the allegations set forth in Paragraph "10".

11.    Denies the allegations set forth in Paragraph "11", but admits that Mr. Gjieli did at times in the past have supervisory responsibilities over the plaintiff.

12.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "12".

13.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "13".

14.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "14".

15.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "15".

16.    Denies the allegations set forth in Paragraph "16".

17.    Denies the allegations set forth in Paragraph "17.

18.    Denies the allegations set forth in Paragraph "18".

19.    Denies the allegations set forth in Paragraph "19".

20.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "20", but denies that there were corrupt practices and bribery committed by Trump supervisors.

21.    Admits the allegations set forth in Paragraph "21".

2

22.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "19".

23.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "20".

24.     Denies the allegations set forth in Paragraph "24".

25.     Denies the allegations set forth in Paragraph "25".

26.     Denies the allegations set forth in Paragraph "26".

27.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "27".

28.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "28".

29.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "29".

37.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "30".

31.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "31", except denies that no resolution to the arbitration has been reached.

32.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "32".

33.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "33".

34.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "34".

35.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "35".

36.     Denies the allegations set forth in Paragraph "36".

37.     Denies the allegations set forth in Paragraph "37" as they pertain to Trump, but denies knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to the defendant Local 32B-32J, Service Employees International Union, AFL-CIO ("the Union").

38.     Denies the allegations set forth in Paragraph "38" as they pertain to Trump, but denies knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to the Union.

## FIRST AFFIRMATIVE DEFENSE

39.     The Amended Complaint must be dismissed as against the Answering Defendant since The Trump Corporation was not the plaintiff's employer and thus The Trump Corporation is not a proper party defendant.

## SECOND AFFIRMATIVE DEFENSE

40.     The Amended Complaint fails to state a claim upon which relief can be granted.

4

WHEREFORE, the Answering Defendant demands that:

(1)    the Amended Complaint be dismissed in its entirety as against The Trump

Corporation, and

(2)    costs be awarded to the Answering Defendants, and

(3)    such other and further relief be granted as this Court deems just and

proper.

Dated:    New York, New York
          March 18, 2005


                                   ROSEN WEINHAUS LLP


                         By:
                              Lawrence S. Rosen (LSR-8027)
                              Attorneys for Defendant
                              The Trump Corporation
                              40 Wall Street, 32nd Floor
                              New York, NY 10005
                              (212) 530-4837


TO: Blau & Barrows, Esqs.
    Attorneys for Plaintiff
    300 Park Avenue – Suite 1700
    New York, New York  10022
    (212) 572-6363

    Office of the General Counsel
    SEIU Local 32BJ
    Attorneys for Defendant
    Michael Fishman, as President
    SEIU, Local 32B-32J
    101 Avenue of the Americas
    New York, New York 10013
    (212) 539-2941

L:\00385.50\answer.fed.amend.doc