AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK )

    I, Katy Areas, being duly sworn, depose and say: I am not a party to the action, am over 18 years of age, and reside in Queens County, New York.

    On March 23, 2005, I served the within **"ANSWER TO AMENDED COMPLAINT"** by depositing a true copy of same, enclosed in a post-paid wrapper addresses as shown below, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the addresses set forth below:

Blau & Barrows, Esqs.
Attorneys for Plaintiff
300 Park Avenue – Suite 1700
New York, New York  10022
(212) 572-6363

Office of the General Counsel
SEIU Local 32BJ
Attorneys for Defendant
Michael Fishman, as President
SEIU, Local 32B-32J
101 Avenue of the Americas
New York, New York 10013
(212) 539-2941

                                                         Katy Areas

Sworn to before me this
23rd day of March 2005.

_____
Notary Public

                                       BRIAN S. WERFEL
                          Notary Public, State of New York
                                No. 02WE6074520
                          Qualified in New York County
                        Commission Expires May 20, 20__