UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IOAN GHILDUTA

               Plaintiff,

  -against-                                               04 CV 7494 (BSJ) (GWG)

THE TRUMP CORPORATION and MICHAEL P.          ECF Case
FISHMAN, as President of LOCAL 32B-32J,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

               Defendants.
-------------------------------------------------------------------X

## Certificate of Service

On June 15, 2005, I served a true copy of Local 32BJ's Notice of Deposition via overnight mail by depositing a true copy thereof in an official depository under the exclusive care and custody of the of United Parcel Service within New York State, addressed to the following person at the address set forth below:

| | |
|---|---|
| Michael C. Barrows, Esq. | Barry M. Weiss, Esq. |
| Blau & Barrows | Rosen Weinhaus LLP |
| 300 Park Avenue, Suite 1700 | 40 Wall Street |
| New York, NY 10022 | New York, NY 10005 |

                                                      */s/ Aracelis Amadeo*
                                                    Aracelis Amadeo
                                                    Legal Secretary
                                                    SEIU Local 32BJ
                                                    101 Avenue of Americas - 19th Floor
                                                    New York, New York 10013