UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IOAN GHILDUTA

        Plaintiff,

-against-                                          04 CV 7494 (BSJ) (GWG)

THE TRUMP CORPORATION and MICHAEL P.      ECF Case
FISHMAN, as President of LOCAL 32B-32J,
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO

        Defendants.
------------------------------------------------------------------X

## AFFIDAVIT OF KATCHEN LOCKE IN SUPPORT OF DEFENDANT LOCAL 32BJ'S MOTION FOR SUMMARY JUDGMENT

Katchen Locke, an attorney duly admitted to practice law in the Courts of the State of New York, affirms the following under the penalties of perjury:

 1.    I am an associate general counsel in the Office of General Counsel, Service Employees International Union, Local 32BJ, attorneys for Defendant Michael P. Fishman, as President of Local 32B-32J, Service Employees International Union ("Local 32BJ" or "Union").

2.    I am familiar with all of the pleadings and proceedings in this matter and I make this Affidavit in Support of the Local 32BJ's Motion for Summary Judgment.

3.    Attached hereto are true and correct copies of the following documents: Exhibit A, relevant pages of the deposition of Plaintiff Ioan Ghilduta and exhibits R and X to the deposition; Exhibit B, Affidavit of Edward Foti; Exhibit C, Affidavit of Justin Cordello; Exhibit D, Affidavit of Paul Romero; and Exhibit E, relevant pages of the transcript of Judge Barbara S. Jones' order in *Saviano v. Local 32B-32J*, No. 96 CV 8136 (S.D.N.Y. 2002).

DATED:        September 22, 2005
                    New York, New York

                                                                       S/-_____
                                                                       Katchen Locke (KL3724)